PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. RHEUBEN DAVID AMOS                                    Docket No. CR01-00539-DDP

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>RHEUBEN DAVID AMOS</u> who was placed on supervision by the Honorable <u>DEAN D. PREGERSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>4th</u> day of <u>February</u>, <u>2002</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 13, 2011, August 3, 2011, September 1, 2011, and October 24, 2012, Rheuben David Amos had contact with law enforcement and failed to notify his Probation Officer within 72 hours of the contact(s). On January 25, 2013, Mr. Amos was convicted of driving on a suspended license, a misdemeanor. Mr. Amos is in need of a more structured setting and his activities in the community warrant closer monitoring.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Rheuben David Amos shall reside for a period of 30 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>22nd</u> day of <u>Feb.</u>, 20<u>13</u> and ordered filed and made a part of the records in the above case. | GRANT A. MEYERS<br>U. S. Probation Officer |
| | Place: Inglewood, California |
| | Approved: NATASHA MINGO |
| United States District Judge<br>DEAN D. PREGERSON | Supervising U.S. Probation Officer |
| | Date: February 13, 2013 |