PROB 12
(Rev. 11/04)



FILED
CLERK, U.S. DISTRICT COURT

OCT 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ____JRE____ DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Rheuben David Amos                    Docket No.   CR01-00539-DDP

### Petition on Probation and Supervised Release (Termination by Death)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Rheuben David Amos</u> who was placed on supervision by the Honorable <u>Dean D. Pregerson</u> sitting in the court at <u>Los Angeles</u>, on the <u>4th</u> day of <u>February</u>, <u>2002</u>, who fixed the period of supervision at <u>five</u> years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgement and Commitment Orders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short insert here; if lengthy write on separate sheet and attach.)

On September 23, 2014, the above-named supervisee died as verified by the Probation Officer.

**PRAYING THAT THE COURT WILL ORDER** supervision terminated.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this <u>16th</u> day of <u>Oct.</u>, 20<u>14</u> and ordered filed and made a part of the records in the above case. | /S/ EDDIE LAWRENCE |
| | U. S. Probation Officer |
| _/s/ Dean D. Pregerson_ | Place:   Inglewood, California |
| United States District Judge | Approved:  /S/ AVA AUSTIN |
| Honorable Dean D. Pregerson | Supervising U. S. Probation Officer |
| | Date:   October 9, 2014 |